UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-80552-REINHART

JOSEPH DEIGHTON GIBSON,

          Plaintiff,

vs.

AVANTE NURSING AND REHAB, et al.,

          Defendants.

_____/

## REPORT AND RECOMMENDATION OF DISMISSAL AND ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE

Po Se Plaintiff filed a Complaint on May 5, 2025, along with a motion to proceed *in forma pauperis* (IFP). ECF Nos. 1, 3. The Court denied Plaintiff's IFP motion without prejudice and ordered him to file the long-form IFP affidavit by May 30, 2025. ECF NO. 6.[1] Plaintiff failed to comply with the Court's order and on June 27, 2025, Plaintiff was ordered to pay the requisite filing fee of $405.00 by July 18, 2025; Plaintiff was advised that "[f]ailure to pay the filing fee by the deadline may result in a recommendation that the case be dismissed." ECF No. 8. To date, Plaintiff has failed to comply with the Court's Order to pay the $405.00 filing fee. Accordingly, the Complaint should be dismissed. *El v. Tony*, No. 19-61638-CIV, 2019 WL

---

[1] The Clerk's Office sent the long-form affidavit to Plaintiff. ECF No. 7.

13215373, at *2 (S.D. Fla. Oct. 23, 2019) (dismissing complaint without prejudice for failure to pay filing fee or file proper IFP motion); *Fulmore v. Inch*, No. 21-CV-22572-RAR, 2021 WL 3270058, at *1 (S.D. Fla. July 30, 2021) (same).

## REPORT AND RECOMMENDATION

Accordingly, this Court **RECOMMENDS** that the District Court dismiss Plaintiff's Complaint without prejudice.

## DISTRICT JUDGE ASSIGNMENT

Pursuant to Administrative Order 2025-11, I submit my findings in a Report and Recommendation because all the parties have not yet appeared in the action; thus, they have not yet been noticed of the opt-out procedures or consented to Magistrate Judge Jurisdiction. **Accordingly, the Clerk of Court is DIRECTED to assign a District Judge.**

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the assigned District, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the

district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 30th day of July 2025.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE