UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80552-CIV-CANNON

**JOSEPH DEIGHTON GIBSON,**

    Plaintiff,

v.

**AVANTE NURSING AND REHAB**, *et al*.

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION AND CLOSING CASE

**THIS CAUSE** comes before the Court upon Magistrate Judge Reinhart's Report and Recommendation, issued on July 30, 2025 (the "Report") [ECF No. 9]. The Report recommends that Plaintiff's Complaint be dismissed without prejudice for failure to comply with the Court's order to timely pay the filing fee or file a compliant motion to proceed *in forma pauperis* [ECF No. 9; *see* ECF No. 6]. Upon full review, the Court agrees with the Report that dismissal without prejudice is warranted due to Plaintiff's failure to timely file the filing fee and/or to move properly for *in forma pauperis* status.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [ECF No. 9] is **ACCEPTED**.

2. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the Report [ECF No. 9].

3. The Clerk is directed to **CLOSE** this case.

4. The Clerk is directed to **MAIL** a copy of this Order to Plaintiff at the address provided below and file a Notice of Compliance.

CASE NO. 25-80552-CIV-CANNON

**ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of August 2025.

                                                **AILEEN M. CANNON**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

        Joseph D. Gibson
        Inmate # 0556783
        4038 Oaktree Crest Court
        Loveland, Ohio 45140
        PRO SE